IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2017 SEP -5 PM 4:30

| | |
|---|---|
| ROBERT VAN BOVEN, M.D., DDS, § <br> PLAINTIFF, § <br> § <br> V. § <br> § <br> MARIANNE KARLSEN AND JOSH § <br> LOVE, IN THEIR INDIVIDUAL § <br> CAPACITIES, § <br> DEFENDANTS. § | CAUSE NO. A-17-CV-279-LY |

### FINAL JUDGMENT

Before the court is the above entitled cause. On September 1, 2017, the parties filed a Stipulation of Dismissal with Prejudice (Doc. #10), which the court has reviewed and now approves. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this _5th_ day of September, 2017.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE